1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CEDRIC GREENE,

11          Plaintiff,                        No. CIV S-05-1032 FCD GGH P

12      vs.

13   INMATE APPEALS BRANCH, et al.,

14          Defendants.                  ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, seeks to withdraw his April 10, 2006

17   objections to the March 23, 2006 Findings and Recommendations that this action be dismissed

18   for failure to state a claim.  He now requests that this action be dismissed.  Pursuant to Fed. R.

19   Civ. P. 41(a), the action is dismissed.

20          Accordingly, the Clerk of Court shall close this case.

21   DATED:  5/2/06

22                                              /s/ Gregory G. Hollows
                                            _____
23                                              UNITED STATES MAGISTRATE JUDGE

24   GGH:009
     gree1032.59
25

26